CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  Facsimile: (415) 436-7234
  molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULWAHAB AL-SAYED MEHDHAR ALMEHDHAR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-03531-LJC <br><br> **STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); ORDER** |

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

Stipulation to Remand
Case No. 3:26-cv-03531-LJC                     1

1.     The Court shall remand this case to USCIS directing the agency to take all necessary actions to issue a decision on Plaintiff's application for naturalization and to schedule an oath ceremony for Plaintiff within one week of the remand, absent unforeseen circumstances.

2.     Each of the parties shall bear their own costs and fees.

Dated: June 25, 2026                              Respectfully submitted[1],

                                                  CRAIG H. MISSAKIAN
                                                  United States Attorney

                                                  */s/ Molly A. Friend*
                                                  MOLLY A. FRIEND
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

Dated: June 25, 2026

                                                  */s/ Abdulwahab Almehdhar*
                                                  ABDULWAHAB ALMEHDHAR
                                                  Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Remand
Case No. 3:26-cv-03531-LJC                        2